# KYLE L. CARLSON, TRUSTEE

Office of Chapter 12 & 13 Bankruptcy Trustee

Phone: 218-354-7356
Fax: 218-354-2235
E-mail: info@carlsonch13mn.com
www.carlsonch13mn.com

Correspondence:
55 2nd Avenue SW
P.O. Box 519
Barnesville, MN 56514

Payments:
2900 Momentum Place
Chicago, IL 60689-5329

February 10, 2015


Clerk of Bankruptcy Court
204 U.S. Courthouse
118 S. Mill St.
Fergus Falls, MN 56537

RE:     Jeremy A. Pekarek
        Bankruptcy No. – 14-60118

Dear Clerk,

Please be advised that we have been notified of a change of address for the above-mentioned Chapter 13 debtor(s).  Please update your records with the following mailing address:

> 6838 24th St N
> St. Cloud, MN 56303-4803

Sincerely,


/s/ Kyle L. Carlson

Kyle L. Carlson
Trustee

KLC:csa