# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Jeremy Anthony Pekarek,<br><br>　　　　　　　　　　　Debtor. | Bky. No.: 14-60118<br><br>Chapter 13 |

## ORDER GRANTING RELIEF FROM STAY AND CODEBTOR STAY

This case came before the court on the motion of Wells Fargo Bank, N.A. for relief from the automatic stay pursuant to 11 U.S.C. § 362(a) and 1301(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) and codebtor stay imposed by 11 U.S.C. § 1301 to warrant relief.

**IT IS ORDERED:**

1.　　The motion for relief from stay is granted as follows.

2.　　The automatic stay imposed by 11 U.S.C. § 362(a) and 1301(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

Lot Fifteen (15), Block One (1), West Prairie Point, Stearns County, Minnesota.

Subject to that certain mortgage dated April 1, 2011, and recorded in the Office of the Stearns County Recorder on April 1, 2011, as Document Number A1340480.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

DATED: *September 22, 2015*   */e/ Michael E. Ridgway*
　　　　　　　　　　　　　　　　　　Michael E. Ridgway
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/22/2015*
Lori Vosejpka, Clerk, by DDV