**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jeremy Anthony Pekarek** | Social Security number or ITIN **xxx–xx–4237** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Minnesota** | | Date case filed in chapter **13**   **3/6/14** |
| Case number:  **14–60118 – MER** | | Date case converted to chapter **7**   **1/15/16** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeremy Anthony Pekarek | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6838 24th St N<br>Saint Cloud, MN 56303–4803 | |
| 4. | **Debtor's attorney**<br>Name and address | William P. Kain<br>Kain & Scott P A<br>13 7th Ave South<br>St Cloud, MN 56301 | Contact phone 320–252–0330<br>Email: sonjaq@kainscott.com |
| 5. | **Bankruptcy trustee**<br>Name and address | J. Richard Stermer<br>Stermer & Sellner, Chtd.<br>102 Parkway Drive<br>PO Box 514<br>Montevideo, MN 56265 | Contact phone 320–269–6491<br>Email rstermer@stermerlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 404 U.S. Courthouse<br>515 West First Street<br>Duluth, MN 55802 | Hours open: Monday – Friday: 8:00am – 4:30pm<br>Contact phone: (218) 529–3600<br>Web address: www.mnb.uscourts.gov<br><br>Date: 1/15/16 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 2, 2016 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Stearns County History Museum, 235 S 33rd Ave, St Cloud, MN 56301** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 5/2/16**<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied<br>     under § 727(a)(8) or (9). |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Certificate of Completion of Financial Management Course due:**<br>Credit Counseling and Debtor Education Information can be found at<br>http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 5/2/16** |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                         United States Bankruptcy Court
                              District of Minnesota

In re:                                                        Case No. 14-60118-MER
Jeremy Anthony Pekarek                                        Chapter 7
     Debtor
                            CERTIFICATE OF NOTICE
District/off: 0864-6          User: debi                  Page 1 of 3                  Date Rcvd: Jan 15, 2016
                              Form ID: 309A               Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2016.
db             #Jeremy Anthony Pekarek,    6838 24th St N,    Saint Cloud, MN 56303-4803
aty            +N. Kibongni Fondungallah,    Schiller & Adam PA,    25 Dale Street North,
                 St. Paul, MN 55102-2227
aty            +Samuel R Coleman,    Schiller and Adam, P.A.,    25 North Dale St,    St. Paul, MN 55102-2227
smg            +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
intp           +Wells Fargo Bank, NA,    %Schiller & Adam,    The Academy Professional Building,
                 25 North Dale Street,    St. Paul, MN 55102-2227
60634749       +Acs/nelnet Education,    Acs,    Po Box 7051,    Utica NY 13504-7051
60634751        Cap1/bstby,    PO BOX 970441,    Saint Louis MO 63179
60634753       +Cottrell Law Firm,    2287 Waters Drive,    Medota Heights MN 55120-1363
60634754       +Dept Of Ed/sallie Mae,    11100 Usa Pkwy,    Fishers IN 46037-9203
61090591        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
60634756       +Firstmark,    1801 Broadway Ste 1300,    Denver CO 80202-3838
60634762       +MN Child Support,    444 Lafayette Rd N Fl 4,    Saint Paul MN 55155-3846
60675087       +MN OFFICE OF HIGHER EDUCATION/SELF LOANS-CLAIMS,     1450 ENERGY PARK DRIVE SUITE 350,
                 ST PAUL MN 55108-5265
60668110       +NELNET EDUCATION LOAN on behalf of GLHEC,    Great Lakes Higher Education Guaranty Co,
                 Attn: Claims Examination Unit,    2401 International Lane,    Madison, WI 53704-3192
60795689        Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
60668337       +Sallie Mae Inc. on behalf of GLHEC,    2401 International Lane,    Madison, WI 53704-3121
61221441        St. Cloud State University,    720 4th Avenue South,    Saint Cloud MN 56301-4498
60798126        St. Cloud State University,    720 4th Avenue South,    St. Cloud, MN 56301-4498
61221442       +Steven Pekarek,    17061 55th Ave NE,    Royalton MN 56373-8142
60634768       +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 1799,
                 Akron OH 44309-1799
61221445       +Wells Fargo Bank, N.A.,    c/o Schiller & Adam, P.A.,    25 Dale St N,    Saint Paul MN 55102-2227
60634770        Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Des Moines IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: sonjaq@kainscott.com Jan 15 2016 21:33:33     William P. Kain,    Kain & Scott P A,
                 13 7th Ave South,    St Cloud, MN 56301
tr             +EDI: BJRSTERMER.COM Jan 15 2016 18:38:00     J. Richard Stermer,    Stermer & Sellner, Chtd.,
                 102 Parkway Drive,    PO Box 514,    Montevideo, MN 56265-0514
smg            +EDI: MINNDEPREV.COM Jan 15 2016 18:38:00     Minnesota Department of Revenue,
                 Bankruptcy Section,    PO BOX 64447,    St Paul, MN 55164-0447
ust            +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Jan 15 2016 21:33:36      US Trustee,
                 1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
60634750       +EDI: CAPITALONE.COM Jan 15 2016 18:38:00     Cap One Na,    Po Box 26625,
                 Richmond VA 23261-6625
60634752       +EDI: CAPITALONE.COM Jan 15 2016 18:38:00     Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City UT 84130-0285
60739943        EDI: BL-BECKET.COM Jan 15 2016 18:38:00     Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
60743087        EDI: CAPITALONE.COM Jan 15 2016 18:38:00     Capital One, N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
61221427        EDI: RCSFNBMARIN.COM Jan 15 2016 18:38:00     Credit One Bank,    PO Box 60500,
                 City Of Industry CA 91716-0500
60650683       +EDI: TSYS2.COM Jan 15 2016 18:38:00     Department Stores National Bank/Macy's,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
60634755       +EDI: TSYS2.COM Jan 15 2016 18:38:00     Dsnb Macys,    9111 Duke Blvd,    Mason OH 45040-8999
60634758       +EDI: IRS.COM Jan 15 2016 18:38:00     Internal Revenue Service,    Centralized Insolvency,
                 PO Box 7346,    Philadelphia PA 19101-7346
60634760       +EDI: CBSKOHLS.COM Jan 15 2016 18:38:00     Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls WI 53051-7096
60634763       +EDI: MINNDEPREV.COM Jan 15 2016 18:38:00     MN Dept of Revenue,    Attn Denise Jones,
                 PO Box 64447,    Saint Paul MN 55164-0447
60634764       +EDI: MINNDEPREV.COM Jan 15 2016 18:38:00     MN Dept of Revenue,
                 Attn Denise Jones - Bankruptcy,    PO Box 64447,    Saint Paul MN 55164-0447
60769833        EDI: PRA.COM Jan 15 2016 18:38:00     Portfolio Recovery Associates, LLC,
                 c/o Best Buy Private Label,    POB 12914,    Norfolk VA 23541
60766899        EDI: PRA.COM Jan 15 2016 18:38:00     Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 12914,    Norfolk VA 23541
60676189        EDI: Q3G.COM Jan 15 2016 18:38:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
60634765       +EDI: NAVIENTFKASMSERV.COM Jan 15 2016 18:38:00     Sallie Mae,    Attn: Claims Department,
                 Po Box 9500,    Wilkes-Barre PA 18773-9500
60634766        EDI: WFFC.COM Jan 15 2016 18:38:00     Slumberland,    Cscl Dispute Team,    Des Moines IA 50306
60634767        EDI: AISTMBL.COM Jan 15 2016 18:38:00     T-mobile,    PO Box 742596,    Cincinnati OH 45274-2596
60757151        EDI: WFFC.COM Jan 15 2016 18:38:00     Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA  50306-0438
60706380       +EDI: WFFC.COM Jan 15 2016 18:38:00     Wells Fargo Bank, NA,    One Home Campus  MAC #X2302-04C,
                 Bankruptcy Payment Processing,    Des Moines, IA 50328-0001
```

Certificate of Notice   Page 4 of 5

```
District/off: 0864-6          User: debi                   Page 2 of 3                   Date Rcvd: Jan 15, 2016
                              Form ID: 309A                Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
60634769       +EDI: WFFC.COM Jan 15 2016 18:38:00      Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,
                 Des Moines IA 50328-0001
60705141       +EDI: WFFC.COM Jan 15 2016 18:38:00      Wells Fargo Card Services,    1 Home Campus,    3rd Floor,
                 Des Moines, IA 50328-0001
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
60634759         Jennifer Pekarek (Carlson)
61221433         Jennifer Pekarek (Carlson)
60634761         Maxine Pekarek
61221435         Maxine Pekarek
smg*           +US Trustee,    1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
cr*             ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
61221422*      +Acs/nelnet Education,    Acs,    Po Box 7051,    Utica NY 13504-7051
61221423*      +Cap One Na,    Po Box 26625,    Richmond VA 23261-6625
61221424*       Cap1/bstby,    PO BOX 970441,    Saint Louis MO 63179
61221425*      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City UT 84130-0285
61221426*      +Cottrell Law Firm,    2287 Waters Drive,    Medota Heights MN 55120-1363
61221428*      +Dept Of Ed/sallie Mae,    11100 Usa Pkwy,    Fishers IN 46037-9203
61221429*      +Dsnb Macys,    9111 Duke Blvd,    Mason OH 45040-8999
61221430*      +Firstmark,    1801 Broadway Ste 1300,    Denver CO 80202-3838
61221431*      +Global Credit & Collection Co.,    2699 Lee Rd, Suite 330,    PO BOX 288,
                 Winter Park FL 32789-1740
61221432*      +Internal Revenue Service,    Centralized Insolvency,    PO Box 7346,    Philadelphia PA 19101-7346
61221434*      +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls WI 53051-7096
61221436*      +MN Child Support,    444 Lafayette Rd N Fl 4,    Saint Paul MN 55155-3846
61221437*      +MN Dept of Revenue,    Attn Denise Jones,    PO Box 64447,    Saint Paul MN 55164-0447
61221438*      +MN Dept of Revenue,    Attn Denise Jones - Bankruptcy,    PO Box 64447,
                 Saint Paul MN 55164-0447
61221439*      +Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre PA 18773-9500
61221440*       Slumberland,    Cscl Dispute Team,    Des Moines IA 50306
61221443*       T-mobile,    PO Box 742596,    Cincinnati OH 45274-2596
61221444*      +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 1799,
                 Akron OH 44309-1799
61221446*      +Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines IA 50328-0001
61221447*       Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Des Moines IA 50306
60634757      ##+Global Credit & Collection Co.,    2699 Lee Rd, Suite 330,    PO BOX 288,
                 Winter Park FL 32789-1740
                                                                                              TOTALS: 4, * 22, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2016                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2016 at the address(es) listed below:
              J. Richard Stermer    rstermer@stermerlaw.com, mn21@ecfcbis.com
              Kyle Carlson    info@carlsonch13mn.com, barnesvillemn13@ecf.epiqsystems.com
              N. Kibongni Fondungallah    on behalf of Interested Party    Wells Fargo Bank, NA
               kibong@schillerandadam.com,
                candace@schillerandadam.com;denise@schillerandadam.com;samuel@schillerandadam.com
              Samuel R Coleman    on behalf of Interested Party    Wells Fargo Bank, NA
               samuel@schillerandadam.com, denise@schillerandadam.com;candace@schillerandadam.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov

Case 14-60118   Doc 35   Filed 01/17/16   Entered 01/17/16 23:56:27   Desc Imaged
Certificate of Notice   Page 5 of 5

```
District/off: 0864-6          User: debi              Page 3 of 3            Date Rcvd: Jan 15, 2016
                              Form ID: 309A           Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        William P. Kain    on behalf of Debtor 1 Jeremy Anthony Pekarek sonjaq@kainscott.com
                                                                                                                                                        TOTAL: 6